FILED
CHARLOTTE, NC

OCT 21 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:25-cr-294-KDB** |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| **v.** | ) | |
| | ) | **Violations: 21 U.S.C. § 841(a)(1)** |
| | ) | |
| | ) | |
| **ANGEL JAVIER LOPEZ-NAVARRETE** | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Distribution of Fentanyl)*

On or about February 16, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ANGEL JAVIER LOPEZ-NAVARRETE,**

did knowingly and intentionally distribute a controlled substance, that is, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**
*(Distribution of Fentanyl)*

On or about February 24, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ANGEL JAVIER LOPEZ-NAVARRETE,**

did knowingly and intentionally distribute a controlled substance, that is, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT THREE**
*(Distribution of Fentanyl)*

On or about March 2, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ANGEL JAVIER LOPEZ-NAVARRETE,**

did knowingly and intentionally distribute a controlled substance, that is, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT FOUR**
*(Distribution of Fentanyl)*

On or about March 22, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**ANGEL JAVIER LOPEZ-NAVARRETE,**

did knowingly and intentionally distribute a controlled substance, that is, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT FIVE**
*(Distribution of Fentanyl)*

On or about April 10, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**ANGEL JAVIER LOPEZ-NAVARRETE,**

did knowingly and intentionally distribute a controlled substance, that is, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT SIX**

*(Distribution of Fentanyl)*

On or about June 1, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**ANGEL JAVIER LOPEZ-NAVARRETE,**

did knowingly and intentionally distribute a controlled substance, that is, forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 21 U.S.C. §853. The defendant has or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with §853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) or (b).

A TRUE BILL

[REDACTED]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY